UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 06-0294M-01 (CR) |
| **DAMIEN J. LEWIS,** | : | VIOLATIONS: 18 U.S.C. §875(b) |
| **Defendant.** | : | (Interstate Communications with Intent to |
| | : | Extort); |
| | : | 22 D.C.C. §404 |
| | : | (Assault) |

### **I N D I C T M E N T**

The Grand Jury charges that:

#### **COUNT ONE**

On or about June 21, 2006, within the District of Columbia, the defendant, **DAMIEN J. LEWIS**, willfully and knowingly, and with the intent to extort the sum of fourteen hundred dollars from Franklin Holmes, did transmit in interstate commerce from the District of Columbia to the Commonwealth of Virginia, telephone communications to Franklin Holmes, which telephone communications contained threats that **DAMIEN J. LEWIS** would injure the person of Marquita Holmes and would injure the person and property of Franklin Holmes.

(**Interstate Communications with Intent to Extort**, in violation Title 18, United States Code, Section 875(b))

**COUNT TWO**

On or about June 21, 2006, within the District of Columbia, **DAMIEN J. LEWIS**, unlawfully assaulted and threatened Marquita Holmes in a menacing manner.

(**Assault**, in violation of Title 22, District of Columbia Code, Section 404 (2001 ed.))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia