UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | |
| : | Case No. 06-216 (RCL) |
| **DAMIEN J. LEWIS** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

**ORDER**

Upon consideration of the Government's Motion to Impeach Defendant With His Prior Convictions Pursuant to Federal Rule of Evidence 609, the Defendant's Opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE ROYCE LAMBERTH

electronic copies to:

Alexander P. Shawe
Assistant U.S. Attorney

Ms. Mary Petras
Counsel for Defendant