UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | :    Cr. No. 06-216 (RCL) |
| v. | |
| | : |
| DAMIEN J. LEWIS | : |

<u>ORDER</u>

Upon consideration of Defendant's Motion to Suppress Statements and finding good cause shown, it is this __ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Royce C. Lamberth