```
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No. 06-216 (RCL) |
| v. | : | |
| DAMIEN J. LEWIS | : | |

<u>ORDER</u>

Upon consideration of Defendant's Motion to Suppress Tangible Evidence and finding good cause shown, it is this \_\_ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____
The Honorable Royce C. Lamberth