```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :    Cr. No. 06-216 (RCL)
        v.                      :
                                :
DAMIEN J. LEWIS                 :
```

## ORDER

Upon consideration of defendant's Motion to Exclude Evidence of Other Crimes and finding good cause shown, it is this \_\_ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____