```
          UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA    :

                                           :    Cr. No. 06-216 (RCL)

       v.

                                           :

DAMIEN J. LEWIS    :

<u>ORDER</u>

    Upon consideration of defendant's Motion to Exclude Use of Prior Convictions and finding good cause shown, it is this \_\_ day of _____, 2006, hereby

    ORDERED that the motion is GRANTED.

                                            _____