UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal Case No. 06-216 (RCL)** |
| | : | |
| **DAMIEN L. LEWIS** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

    Upon consideration of the Government's Motion in Limine Seeking Admission of Evidence Pursuant to F.R.C.P. 404(b), any Opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

    ORDERED, that the Government's Motion be Granted..

_____
UNITED STATES DISTRICT JUDGE

copies to:

Alexander P. Shawe
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C. 20001

Mary Petras, Esq.
625 Indiana Ave., N.W.
Suite 550
Washington, D.C. 20004