UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 06-00216 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **DAMIEN J. LEWIS,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Donnell Turner, at telephone number **(202) 305-1419** and/or email address **Donnell.Turner2@usdoj.gov**. **Donnell Turner**, will substitute for Assistant United States Attorney Alex P. Shawe, as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR,
United States Attorney

_____
**Donnell Turner**
**Assistant United States Attorney**
**Federal Major Crimes,**
**555 4th Street, NW, Room 4235**
**Washington, DC 20530**
**(202) 305-1419**