# ATTACHMENT A

## AFFIDAVIT OF SARAH BERMAN

I, Sarah Berman, hereby swear and affirm the following to be true, accurate and correct:

1. Since September 2003, I have been employed as an investigator for the Federal Public Defender for the District of Columbia.

2. My responsibilities as an investigator include investigating cases assigned to Assistant Federal Public Defender Mary Petras, including the case of <u>United States v. Damien Lewis</u>, CR-06-216.

3. On Monday, October 2, 2006, I went to 9210 Brentsville Road, Manassas, Virginia to speak with Marquita Holmes in relation to the charges against Damien Lewis. Ms. Holmes was not home.

4. On Tuesday, October 3, 2006, I telephoned Marquita Holmes. When Ms. Holmes answered my call, I identified myself as an investigator with the Federal Public Defender's office and told Ms. Holmes that I was investigating the charges against Damien Lewis. In response, Ms. Holmes told me that her attorney told her not to talk to me. I asked Ms. Holmes who her attorney was. Ms. Holmes stated that her attorney is Alex Shawe. I then asked Ms. Holmes, "Alex Shaw told you not to talk to me?" Ms. Holmes responded, "Yes".

12-22-06
Date

Sarah Berman

Signed and sworn to before me on this 22nd day of December, 2006.

12-22-06
Date

Notary Public

Erika Ferrell
Notary Public, District of Columbia
My Commission Expires 07-31-2007