```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA        :

                            :     Cr. No. 06-216 (RCL)

    v.                :

                            :

DAMIEN J. LEWIS                 :


### ORDER

Upon consideration of defendant's Motion to Dismiss for Violation of Due Process and finding good cause shown, it is this __ day of _____, 2007, hereby

    ORDERED that the motion is GRANTED.


                                      _____
                                      The Honorable Royce C. Lamberth