**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CRIMINAL No.:  06-216 (RJL)** |
| ) | |
| **DAMIEN LEWIS** ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## ORDER

Upon consideration of Defendant Lewis' Motion to Dismiss for Violation of Due

Process, the Opposition of the United States to said Motion, and the entire record herein, the

Court is of the opinion and finds that Defendant's Motion is without merit and should be denied.

It is, therefore, this _____ day of _____, 2007,

**ORDERED** that Defendant Simms' Motion to Dismiss for Violation of Due Process be,

and it hereby is, **DENIED.**


_____
ROYCE J. LAMBERTH
United States District Judge