UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Cr. No. 06-216 (RJL) |
| | ) | |
| **DAMIEN LEWIS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE CERTIFIED
BUSINESS RECORDS UNDER F.R.E. 803(6) AND 902(11)**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby serves notice of its intent to introduce the following certified business records, under Rules 803(6) and 902(11) of the Federal Rules of Evidence.

1. Verizon Wireless subscriber history and toll records for (202) 997-3625, from June 18, 2006, through June 22, 2006.

2. Sprint-Nextel subscriber history and toll records for (202) 391-9949, from June 18, 2006, through June 22, 2006.

3. Sprint-Nextel subscriber history and toll records for (703) 296-9487, from June 18, 2006, through June 22, 2006.

4. D.C. Jail inmate recorded phone calls from Defendant Damien Lewis, DCDC # 293-619, from June 28, 2006, through July 12, 2006.

5. All of the above records the government will seek to introduce through certification have been provided or made available in discovery.

6. Records Custodian(s) have completed written declarations in a form similar to that attached hereto as "Attachment A."

WHEREFORE, the government submits its notice of intent to introduce certified business records, under Rules 803(6) and 902(11), of the Federal Rules of Evidence.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____
DONNELL W. TURNER
Maryland Bar
Assistant United States Attorney
555 Fourth Street, N.W., 4th Floor, Rm. 4532
Washington, D.C. 20530
(202) 305-1419
Donnell.Turner2@usdoj.gov