ATTACHMENT A

<u>Declaration of Custodian of Records</u>

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

My name is _____.
(name of declarant)

I am a United States citizen and I am over eighteen years of age. I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a United States District Court Subpoena, signed by Assistant United States Attorney Donnell W. Turner, requesting specified records in the above-captioned case of United States v. Damien Lewis, Criminal No. 06-216(RCL). Attached hereto are records responsive to the subpoena. Pursuant to Rule 902(11) of the Federal Rules of Evidence (Fed.R.Evid.), effective December 1, 2000, and Fed.R.Evid. 803(6) (amend. December 1, 2000), I hereby certify that the records attached hereto

(1) were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of the regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.

The enclosed records are copies of the original of such records, and no other documents relating to the records requested in this action can be found or are available, after due search.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
(date)

_____
(signature of declarant)

_____
(name of declarant)

_____
(name of business)

_____
(business address)

<u>Definitions of terms used above:</u>
As defined in Fed.R.Evid. 803(6), "record" includes a memorandum, report, record, or data compilation, in any form, of acts, events, conditions, opinions, or diagnoses. The term, "business" as used in Fed.R.Evid. 803(6) and the above declaration includes business, institution, association, profession, occupation, and calling of every kind, whether or not conducted for profit.