HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA : Docket No.: CR-06-216

vs.

LEWIS, Damien : Disclosure Date: March 5, 2007

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    _____
**Prosecuting Attorney**                                    **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)
( ) There are no material/factual inaccuracies therein.
(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

[signature] 3/14/07                      [signature] 3/14/07
**Defendant**          **Date**          **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **March 19, 2007**, to U.S. Probation Officer **Michael Penders**, telephone number **(202) 565-1379**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Gennine A. Hagar, Chief
      United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF COLUMBIA**
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

TELEPHONE (202) 208-7500
FAX (202) 208-7515

March 14, 2007

Michael Penders
United States Probation Officer
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:    United States v. Damien J. Lewis
       CR-06-216

Dear Mr. Penders:

I write to submit the following objections/corrections to the Presentence Investigation Report prepared in the above referenced matter.

1. On page 2, Mr. Lewis's age should now be listed as 23.

2. On page 2, under "Aliases," Mr. Lewis has not used the names "Phillip Darnell Griffin" or "Phil Griffin."

3. On page 3, in paragraph 4, please note that the government also has agreed not to oppose Mr. Lewis's request that he be sentenced to the lowest end of the applicable Guidelines range. This agreement is in paragraph 9 of the plea agreement.

4. On page 6, after paragraphs 26 and 27, please note that Mr. Lewis does not agree with all of Ms. Holmes's representations because they are not all truthful.

5. On page 8, in paragraph 31, and on page 9, in paragraph 37, I presume that the representations regarding the incidents that led to the charges in the cases listed came from police reports or court documents. Please note in the report the source of these allegations, because Mr. Lewis cannot agree that these representations are accurate.

6. On page 11, in paragraph 47, the report indicates that Mr. Lewis was ticket in the State of Virginia. Mr. Lewis does not recall ever being pulled over for a traffic offense in Virginia.

Can you please provide us with the source of this information?

7. On page 12, in paragraph 50, please note in your report that the changes in his father led to his father being physically, verbally and mentally abusive toward him. Prior to his father's seizure, which occurred when Mr. Lewis was 12 or 13 years old, his father had not been abusive to his children in any way. It was these changes that led Mr. Lewis to leave home at the age of 15.

8. On page 12, in paragraph 51, the names of Mr. Lewis's children are spelled incorrectly. "Amiyah" should be "Ahmaiyah," and "Soniyan" should be "C'Naiyan."

9. On page 12, in paragraph 52, "Amone" should be "Amoni." And Amoni is a girl, so the report should read that "she" resides with her mother. In addition, "Takila Lewis" should be "Ashanti Lewis."

10. On page 14, in paragraph 61, please note that upon reflection, Mr. Lewis recognizes that he could benefit from drug treatment.

Thank you for taking the time to review these objections/corrections. If you have any questions, please call me.

Sincerely,

Mary Manning Petras

cc: AUSA Donnell Turner